# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160120(43)

MARY ELIZABETH ZELASKO,
          Plaintiff-Appellee,

v

RICHARD ANTHONY ZELASKO,
          Defendant-Appellant.
_____/

SC: 160120
COA: 342854
Oakland CC: 2011-788549-DM

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer is GRANTED. The answer submitted on October 1, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2019



Clerk